# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE MATHISON, | Case No. 1:24-cv-00427-KES-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT OR INTENT TO PROCEED ON COGNIZABLE CLAIM |
| ZACHARY SHANNON, et al., | |
| Defendants. | |
| | (ECF Nos. 14, 15) |
| | **THIRTY DAY DEADLINE** |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on March 29, 2024.  (ECF No. 1.)  Because a non-attorney filed and signed the initial complaint on Plaintiff's behalf, the Court issued findings and recommendations recommending that the action be dismissed on April 19, 2024.  (ECF No. 4.) On May 8, 2024—within the thirty day objection period—Plaintiff filed a first amended complaint.  (ECF No. 7.)  Accordingly, the Court vacated its findings and recommendations. (ECF No. 8.)  On July 2, 2024, the Court screened the first amended complaint and found it violated Rule 8 of the Federal Rules of Civil Procedure.  (ECF No. 11.)  The Court ordered that an amended complaint be filed within thirty days.

On July 25, 2024, Plaintiff filed his second amended complaint.  (ECF No. 12.)  On

1    September 3, 2024, the Court screened Plaintiff's second amended complaint and found he stated

2    a cognizable excessive force claim under the Fourth Amendment against Defendant Zachary

3    Shannon. (ECF No. 13.)   The Court granted Plaintiff thirty days to either file an amended

4    complaint or notify the Court of his intent to proceed only on the claim found to be cognizable.

5    Plaintiff failed to timely file either a notice of intent to proceed or an amended complaint.

6    Accordingly, on October 8, 2024, the Court ordered that Plaintiff show cause in writing why his

7    action should not be dismissed for failure to prosecute and failure to comply with a court order.

8        After the Court issued its order to show cause, Plaintiff's motion for extension of time to

9    file an amended complaint was docketed on October 8, 2024.  (ECF No. 15.)  The Court shall

10   therefore discharge its order to show cause.

11       In his instant motion, Plaintiff requests a ninety day extension of time to either file his

12   third amended complaint or file an intent to proceed on the identified cognizable claim.  (ECF

13   No. 15.)  Plaintiff contends his section 1983 claim is a complex matter and the deficiencies

14   identified by the Court are complex and extensive.  (Id. at 2.)  Plaintiff assures the Court that he

15   is doing all he can, but his access to the law library is limited.  (Id. at 3.)  Plaintiff therefore

16   requests until January 1, 2025 to file his amended complaint or intent to proceed on his

17   cognizable claim.

18       The Court does not find good cause exists to grant an additional ninety days to file a

19   fourth complaint or intent to proceed.  The Court reiterates that "[a]t this stage, Rule 8 requires

20   Plaintiff to provide a short and plain statement of the claim, meaning he must provide the

21   Defendants notice of the factual basis for each legal claim Plaintiff wishes to pursue against each

22   Defendant….should Plaintiff choose to amend his complaint, he must present his claims in a

23   clear manner describing what each Defendant specifically did to Plaintiff that would form a

24   claim against that specific Defendant and clearly state the legal claim he is pursuing against each

25   Defendant." (ECF No. 13 at 15.)

26       The Court finds good cause to grant Plaintiff an additional thirty-days to file an amended

27   complaint that complies with Rule 8 or file a notice of intent to proceed on the identified

28   cognizable claim.

Accordingly, it is HEREBY ORDERED that:

1.      The October 8, 2024 order to show cause (ECF No. 14) is DISCHARGED;

2.      Plaintiff's motion for an extension of time (ECF No. 15) is GRANTED IN PART;

3.      Plaintiff shall file a third amended complaint or intent to proceed on the identified cognizable claim within **thirty (30) days** of the date of service of this order; and

4.      If Plaintiff fails to file an intent to proceed or amended complaint in compliance with this order, the Court will recommend to a district judge that this action be dismissed for failure to prosecute and failure to obey a Court order.

IT IS SO ORDERED.

Dated:   **October 8, 2024**

UNITED STATES MAGISTRATE JUDGE

3