# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE MATHISON,<br><br>　　　Plaintiff,<br><br>　v.<br><br>ZACHARY SHANNON, et al.,<br><br>　　　Defendants. | Case No. 1:24-cv-00427-KES-SAB<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 16)<br><br>**FOURTEEN-DAY DEADLINE** |

　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　On September 3, 2024, the Court screened Plaintiff's second amended complaint, found he stated a cognizable excessive force claim under the Fourth Amendment against Defendant Zachary Shannon, and granted Plaintiff thirty days to either file an amended complaint or notify the Court of his intent to proceed only on the claim found to be cognizable.  (ECF No. 13.)

　　　Plaintiff failed to comply with the Court's order by the thirty-day deadline.  Accordingly, on October 8, 2024, the Court issued an order to show cause why the action should not be dismissed for failure to obey a court order or failure to prosecute. (ECF No. 14.)  After the Court issued its order, Plaintiff's motion for a ninety day extension of time was docketed. (ECF No. 15.)  The Court discharged the order to show cause and granted Plaintiff's motion for an extension of time in part, affording Plaintiff an additional thirty-days to file an amended complaint that complies with Rule 8 of the Federal Rules of Civil Procedure or file a notice of

intent to proceed on the identified cognizable claim.  (ECF No. 16.)

Plaintiff has failed to file either a notice of intent to proceed or an amended complaint within the extended deadline.  Accordingly, Plaintiff shall be ordered to show cause why the action should not be dismissed for failure to prosecute and failure to comply with a court order.

Accordingly, it is HEREBY ORDERED that:

1. Within **fourteen (14) days** from the date of service of this order Plaintiff shall show cause why the action should not be dismissed, or, alternatively, Plaintiff shall file an amended complaint or notice of intent to proceed; and

2. <u>Failure to comply with this order will result in a recommendation to dismiss this action for failure to prosecute and failure to comply with a court order.</u>

IT IS SO ORDERED.

Dated:   **November 14, 2024**

STANLEY A. BOONE  
United States Magistrate Judge