# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE MATHISON,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY SHANNON,<br><br>Defendant. | Case No. 1:24-cv-00427-KES-SAB<br><br>ORDER AUTHORIZING SERVICE OF COMPLAINT AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(ECF Nos. 12, 19, 20)<br><br>**DEADLINE: 30 DAYS** |

On July 25, 2024, Plaintiff Michael Wayne Mathison, proceeding *pro se* and *in forma pauperis*, filed a second amended complaint in this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The Court screened the second amended complaint and found it stated one cognizable claim under the Fourth Amendment for excessive force against Defendant Zachary Shannon. (ECF No. 13.) On November 15, 2024, Plaintiff filed a notice stating that he wished to proceed on the cognizable claim. (ECF No. 18.) On November 19, 2024, this Court issued findings and recommendations that this action proceed on Plaintiff's Fourth Amendment claim for excessive force against Defendant Zachary Shannon, and that all other claims be dismissed for failure to state a claim. (ECF No. 19.) The findings and recommendations were adopted by the District Judge on July 28, 2025. (ECF No. 20.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant:

    **Zachary Shannon, a police officer employed by the Selma Police Department, on or about May 3, 2023**

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed on July 25, 2024 (ECF No. 12);

3. **Within thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. a completed summons for the defendant named above;

    b. a completed USM-285 form for the defendant named above; and

    c. Two (2) copies of the endorsed second amended complaint filed on July 25, 2024 (ECF No. 12);

4. Plaintiff need not attempt service on the Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

**Plaintiff is informed that failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: **July 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2