# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE MATHISON,<br><br>  Plaintiff,<br><br>  v.<br><br>ZACHARY SHANNON,<br><br>  Defendant. | Case No. 1:24-cv-00427-KES-SAB<br><br>ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF Nos. 21, 22) |

Plaintiff Michael Wayne Mathison, proceeding pro se and in forma pauperis, initiated this action on March 29, 2024. (ECF No. 1.) Following screenings and the filing of a second amended complaint, the Court found, on November 19, 2024, that Plaintiff stated a cognizable claim against Defendant Zachary Shannon. (ECF Nos. 12, 19.) The findings and recommendations were adopted by the District Judge on July 28, 2025. (ECF No. 20.) On July 29, 2025, the Court authorized service of the second amended complaint and forwarded Plaintiff service documents for Plaintiff to complete and return. (ECF No. 21.) On August 20, 2025, Plaintiff returned the service documents. (ECF No. 22.) The Court shall direct the Clerk of the Court to forward the service documents to the United States Marshals Service.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue new case documents;

2. For each defendant to be served, the Clerk of the Court is directed to forward the following documents to the United States Marshals Service ("USM"):

    (a) One completed and issued summons;

    (b) One completed USM−285 form for each defendant to be served;

    (c) One copy of the second amended complaint filed on July 25, 2024 (ECF No. 12), plus one copy for the United States Marshal;

    (d) One copy of this order, plus one copy for the United States Marshal; and

    (e) One copy of the new case documents.

3. Within ten days from the date of this order, the USM is directed to notify the following defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

    **Zachary Shannon, a police officer employed by the Selma Police Department, on or about May 3, 2023**

4. The USM shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. If a waiver of service is not returned by a defendant within sixty (60) days of the date of mailing the request for waiver, the USM shall:

    a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c). The USM shall maintain the confidentiality of all information provided pursuant to this order.

    b. Within ten days after personal service is effected, the USM shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be

enumerated on the USM−285 form and shall include the costs incurred by the USM for photocopying additional copies of the summons and complaint and for preparing new USM−285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6. **If defendant waives service, he is required to return the signed waivers to the USM. The filing of an answer or a responsive motion does not relieve defendant of this requirement, and the failure to return the signed waivers may subject defendant to an order to pay the costs of service pursuant to Fed. R. Civ. P. 4(d)(2).**

IT IS SO ORDERED.

Dated:   **August 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge

3